# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 17, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Sarah L Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    **Re:**    Velasquez v. 2 Coenties Slip, LLC, d/b/a Ground Central Coffee Company, et al.
              Case 1:19-cv-06903-JPO-SLC – *Amended Letter*

Dear Magistrate Judge Cave:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

    Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE" extension until May 15, 2020. The undersigned has conferred with opposing counsel who consents to this request.

    The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Tel.: (305) 949-7777
    Fax: (305) 704-3877
    Email: bbw@weitzfirm.com

---

Plaintiff's Amended Letter-Motion to stay this action for 30 days (ECF No. 18) is GRANTED. Plaintiff's Letter-Motion to stay this action (ECF No. 17) is terminated as moot. The parties' Initial Conference, scheduled for April 30, 2020, is adjourned to **Thursday, May 21, 2020 at 11:00 am**, with the Report of Rule 26(f) Meeting and Proposed Case Management Plan due by **Thursday, May 14, 2020**.

The Initial Conference will still be by telephone. The Parties are directed to call 866-390-1828, access code 3809799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF Nos. 17 and 18.

SO-ORDERED 4/20/20

SARAH L. CAVE
United States Magistrate Judge