# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 13, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Sarah L Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

   **Re:**  Velasquez v. 2 Coenties Slip, LLC, d/b/a Ground Central Coffee Company, et al.
      Case 1:19-cv-06903-JPO-SLC

Dear Magistrate Judge Cave:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  Due to the continued ongoing national health crisis caused by the COVID-19 pandemic, coupled with the current mandated closure of non-essential public businesses in New York City, which has adversely affected the business in this matter, it continues to be very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

  Therefore, Plaintiff's undersigned counsel again hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter. The undersigned has conferred with opposing counsel who consents to this request.

  The Court may wish to note that this is undersigned counsel's third request to stay this matter. Thank you for your consideration of this unfortunate, but necessary additional request.

Sincerely,

By: /S/ B. Bradley Weitz
  B. Bradley Weitz, Esq. (BW 9365)
  THE WEITZ LAW FIRM, P.A.
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Tel.: (305) 949-7777
  Fax: (305) 704-3877
  Email: bbw@weitzfirm.com

---

Plaintiff's Letter-Motion to adjourn the deadlines in this action for 30 days (ECF No. 20) is GRANTED. The parties' Initial Conference is adjourned to **Tuesday, July 7, 2020 at 10:00 am**, with the Report of Rule 26(f) Meeting and Proposed Case Management Plan due by **Tuesday, June 30, 2020**. The Initial Conference will still be by telephone. The Parties are directed to call 866-390-1828, access code 3809799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 20.

SO-ORDERED 5/14/20

_Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge