# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

June 29, 2020

**<u>VIA CM/ECF</u>**
Honorable Magistrate Judge Sarah L Cave
United States District Court
Southern District of New York
500 Pearl Street.
New York, New York 10007-1312

Re: Velasquez v. 2 Coenties Slip, LLC., et al
Case 1:19-cv-06903-JPO-SLC

Dear Magistrate Judge Cave:

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the continuing national health crisis caused by the COVID-19 pandemic and the diminished economic effects it has caused public businesses such as the business in this case, including complete closures, the undersigned does not believe it is in the best interest of the parties, and a potential waste of resources and time to move forward in this case, until the defendant's business is back on its feet and generating a real income, to advance through the litigation processes, including discovery and future Conferences.

Therefore, Plaintiff's undersigned counsel again hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter. The undersigned has conferred with opposing counsel who consents to this request.

The Court may wish to note that this is undersigned counsel's fourth request to stay this matter. Thank you for your consideration of this unfortunate, but necessary additional request.

Plaintiff's Letter-Motion to adjourn the deadlines in this action for 30 days (ECF No. 22) is GRANTED. The parties' Initial Conference is adjourned to **Friday, August 7, 2020 at 11:00 am**, with the Report of Rule 26(f) Meeting and Proposed Case Management Plan due by **Friday, July 31, 2020**. The Initial Conference will still be by telephone. The Parties are directed to call 866-390-1828, access code 3809799, at the scheduled time. The Clerk of Court is respectfully directed to close ECF No. 22.

SO-ORDERED 6/30/20

SARAH L. CAVE
United States Magistrate Judge

Sincerely,

By:  /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Tel.: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com