UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

against

2 COENTIES SLIP, LLC, a New York limited liability company, d/b/a GROUND CENTRAL COFFEE COMPANY and 47-33 5th STREET CORP., a New York corporation,

                Defendant(s).

CIVIL ACTION NO.: 19 Civ. 06903 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties are directed to file a joint letter by **Friday, October 2, 2020**, informing the Court of the outcome of their Mediation Conference held on September 24, 2020.

Dated:     New York, New York
            September 25, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**